IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

IN RE: BOBBIE JO BELEW,      CASE NO. 3:09-bk-74262-B
        Debtor      Chapter 7

## UNITED STATES TRUSTEE'S MOTION TO REOPEN CASE AND DIRECT APPOINTMENT OF TRUSTEE

Comes the United States Trustee for Region 13 by the undersigned counsel, and for his Motion to Reopen Case and Direct Appointment of Trustee (the "motion"), respectfully states and alleges:

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1334, 157(a) and Local Rule 83.1 of the District Court.

2. This case was commenced with the filing of a voluntary petition under Chapter 7 of the Bankruptcy Code on August 27, 2009. John T. Lee was the duly qualified and acting trustee in this case.

3. The case was closed by the Court on December 16, 2009.

4. The United States Trustee has been advised of facts that warrant the reopening of this case and, further, that it would be in the best interest of the estate to direct the United States Trustee to appoint a trustee to insure efficient administration of the case.

5. The United States Trustee seeks to reopen the case and appoint a trustee to insure efficient administration of the case. *See* 11 U.S.C. § 350(b).

WHEREFORE, the United States Trustee prays this Court enter its Order reopening the case and directing appointment of a trustee, and for all other relief which is just and proper.

Respectfully submitted,

DANIEL J. CASAMATTA
ACTING UNITED STATES TRUSTEE

By: _____
Patricia J. Stanley, Bar No. 2005032
Trial Attorney
200 West Capitol Avenue, Suite 1200
Little Rock, AR 72201-3618
(501) 324-7357
Fax: (501) 324-7388

### CERTIFICATE OF SERVICE

     I do hereby certify that a copy of the foregoing pleading will be mailed by regular, first class, U.S. Mail, postage fully prepaid, to the following parties of record not receiving electronic notice on December 10, 2018:

| | |
|---|---|
| Bobbie Jo Belew<br>128 Cherokee Ridge Lane<br>Yellville, AR  72687 | Jeffrey G. Malm<br>Malm Law Firm<br>801 S. Pine Street, Ste 12<br>Harrison, AR 72601 |

_____
Patricia J. Stanley